**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6217**

_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

MICHAEL FOSTER FELTON, a/k/a Mike,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Senior District Judge.  (1:11-cr-00003-JKB-16)

_____

Submitted:  May 21, 2024                                Decided:  May 24, 2024

_____

Before WYNN and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Foster Felton, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Foster Felton appeals the district court's April 18, 2019, order denying his motion for copy work. We confine our review to the issues raised in Felton's informal brief. *See* 4th Cir. R. 34(b). Because Felton's informal brief does not challenge the district court's finding that Felton failed to show a particularized need for the copy work, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) (noting court's review is limited to issues preserved in informal brief); *Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004) (issues not raised in brief are abandoned). Accordingly, we affirm.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Felton's notice of appeal was untimely. But we decline to exercise our authority to dismiss the appeal sua sponte.

2